IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00402-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ARMANDO HERNANDEZ,
2. JAVIER FRANCISCO LUEVANO,
3. DANIEL MADRANO,
4. SALVADOR GONZALES,

        Defendants.

---

**ORDER**

---

As set forth on the record at the status and scheduling hearing held on November 9, 2007, IT IS HEREBY ORDERED as follows:

1. Any motion to exclude time from the speedy trial clock shall be filed on or before November 13, 2007;

2. All other motions shall be filed on or before November 30, 2007 and responses to motion shall be filed on or before December 14, 2007; and

3. A further status and scheduling hearing is set for **January 4, 2008 at 2:00 p.m.**

Dated: November __9__, 2007 in Denver, Colorado.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge