IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00402-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    ARMANDO HERNANDEZ,
2.    JAVIER FRANCISCO LUEVANO,
3.    DANIEL MADRANO,
4.    SALVADOR GONZALES,

       Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Government's Unopposed Motion to Reschedule Status Conference (Doc 72 - filed December 26, 2007) is **GRANTED**.

    The status conference set **January 4, 2008 is VACATED and RESET for January 11, 2008 at 2:30 p.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: December 27, 2007