IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00402-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ARMANDO HERNANDEZ,

       Defendant.

_____

# ORDER

_____

As further set forth on the record at the hearing held on February 8, 2008, IT IS

HEREBY ORDERED as follows:

1. Defendant's Request for Notice of Intent to Use Evidence Per to Rule 12(b)(4)(B)

[**Doc #47**]; Motion for Disclosure of 404(b) Evidence [**Doc #48**]; Motion for Release of *Brady*

Materials [**Doc #49**]; Motion for Production of *Bruton* and Rule 801(d)(2)(E) Materials and

Motion for Pretrial Determination of Admissibility of Alleged Co-Conspirator Statements [**Doc

#50**]; Motion for Discovery [**Doc #51**]; Motion Request for Notice of Intent to Call Expert

Witnesses and Discovery Pursuant to Rule 16(a)(1)(D) and (E) [**Doc #52**]; and Motion to

Preserve Recordings and Notes [**Doc #53**] are DENIED AS MOOT.

2. Defendant's Motion for Discovery Pertaining to Intercepted Communications [**Doc

#56**] is GRANTED IN PART and DENIED IN PART.

3.  The Government shall provide Defendant with all wiretap applications and renewal applications relating to CS-1 as the interceptee and all intercepted communications relating to CS-1.

Dated: February __8__, 2008 in Denver, Colorado.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, JUDGE